UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWALI KHAN,

Petitioner,

v.

BARACK OBAMA, et al.,

Respondents.

Civil Action No. 08-1101 (JDB)

## ORDER

Upon consideration of petitioner Shawali Khan's motion for post-judgment relief (and supplement), Khan's motion to compel disclosure of the government's ex parte filings, the parties' memoranda, applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion filed through the Court Security Officer (and submitted for declassification review) on this date, it is hereby

**ORDERED** that [256] Khan's unopposed motion for leave to file a supplement to [248] his motion for post-judgment relief is **GRANTED**; it is further

**ORDERED** that [248] Khan's motion for post-judgment relief is **DENIED**; and it is further

**ORDERED** that [255] Khan's motion to compel disclosure of [251] [261] the government's ex parte filings is **DENIED**.

**SO ORDERED.**

Date: September 2, 2014

/s/
JOHN D. BATES
United States District Judge